147 A.3d 450

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ULYESS T. SAMPLE, JR., DEFENDANT-PETITIONER.

FILED July 15, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001438-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

147 A.3d 451

STATE OF NEW JERSEY PLAINTIFF-RESPONDENT, v. DAVID PEREZ, DEFENDANT-PETITIONER.

FILED July 15, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005859-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.